# EXHIBIT A

**U.S. Department of Labor**  Office of the Solicitor
201 Varick Street
New York, New York 10014



Reply to the Attention of:   SOL:JC
(646) 264-3667

August 1, 2012

Eugene T. D'Ablemont, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Dear Mr. D'Ablemont:

Re:  Beehive Beer Distributors/ a division of Windmill Distributing LP d/b/a Phoenix Beverages

This letter follows up our phone conversation of last week. In keeping with that conversation, the Wage and Hour Division is requesting information from your clients in the above investigation. This information is being requested for the purposes of evaluating the applicability of the "Motor Carrier Act exemption" of the Fair Labor Standards Act, found at 29 U.S.C. § 213(b)(1) to the operations of your clients. The information being requested is as follows:

1. What is the name of the business entity (or entities) that picks up and transports the bottle glass and the empty kegs from the warehouse?
2. Are the entities that pick up the bottle glass and empty kegs from the warehouse affiliated with Windmill Distributing LP?
3. What is the typical waiting time between the arrival of a batch/shipment/pallet of bottle glass at the warehouse and its retrieval? The same question applies to empty kegs
4. What are the destinations (name of recipient, city, and state/country) of the bottle glass and the empty kegs? We are not seeking destinations for particular batches or shipments. We are asking for the destinations where the bottle glass and empty kegs have generally been sent to after the pick-up from the warehouse.
5. Does Windmill Distributing LP know the destination of the batches/shipments/pallets of bottle glass before or at the time they are retrieved from the warehouse? If yes, how does Windmill know the destination?
6. Does Windmill Distributing LP know the destination of the batches/shipments/pallets of the empty kegs before or at the time they are retrieved from the warehouse? If yes, how does Windmill know the destination?

The time period covered by these questions is August 1, 2009 to the present.

Thank you for your assistance in this regard.

Sincerely,

Patricia M. Rodenhausen
Regional Solicitor

By: *[signature]*
John G. Campbell
Counsel for Wage and Hour