# Exhibit 5

# THE HARMAN FIRM, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

**KNOW YOUR RIGHTS**
**800.230.4873**
**212.425.2600**
CONTACT US FOR A CONFIDENTIAL CONSULTATION

HOME    ABOUT US    OUR TEAM    PRACTICE AREAS    BLOG    RESOURCES    MEDIA CENTER    PRESS CONTACT    CONTACT US

**CONTACT FORM**
800.230.4873
212.425.2600

NAME:
EMAIL:
PHONE:
MESSAGE:

SUBMIT

**CONNECT**



**EMPLOYMENT LAW**
Employment Law
Sexual Harassment
Whistleblower Claims
Disability Discrimination
Employment Discrimination
Employment Agreements
Age Discrimination
Gender Discrimination
Pregnancy Discrimination
FLSA/Wage and Hour Cases
College Sexual Harassment
Class Action Lawsuits
Litigation
Matrimonial
Substance Abuse Discrimination

## New York Employment Attorneys

The Harman Firm, P.C.'s Attorneys and Counselors understand that employment disputes in the workplace can have an overwhelming impact on personal and professional lives. The Harman Firm prides itself on helping clients cope with the emotional and financial burdens of a lawsuit. The attorneys at The Harman Firm, offer their time, empathy, confidentiality, and support that every client needs when confronting their employers and coworkers.

The Harman Firm offers aggressive and skilled representation to executives and employees throughout the New York metropolitan area, helping defend their work-related and contractual rights. When those rights are violated, employees are entitled to redress and compensation. Working closely with clients, The Harman Firm offer a voice to victims of improper employment practices counseling them on the best strategies for asserting their rights and resolving disputes. The Harman Firm also has significant experience representing employers in employment law matters.

Few are prepared for the trauma caused by discrimination, such as sexual harassment, college sexual harassment, pregnancy discrimination, age discrimination or racial discrimination. For this reason, The Harman Firm encourages the victims of discrimination to come forward with their claims, and to consult an attorney regarding their legal options.

Contact The Harman Firm to speak with an experienced New York employment law attorney. The staff at The Harman Firm will work on behalf of employees in diverse areas of employment law, including workplace discrimination, sexual harassment, whistleblower law, FLSA and class actions, as well as contract negotiations.

**FEATURED VIDEOS**
Learn More About Us



WATCH VIDEO >>

**RECENT BLOG POSTS**

**After Bangladesh, American Firms Criticized for Refusing Reform**
An international agreement designed to prevent ....

**New York Whistleblower Protection Must Be Stronger**
The whistleblowing statutes in New York are very ....

**Southern District Cancels Class for Interns**
Xeudan "Diana" Wang worked at Harper's Bazaar, an ....

**Recent Headlines in the Fight for LGBTQ Rights**
Support for same-sex marriage in the U.S. is ....

**Record EEOC Settlement Slashed**
At the beginning of the month, an Iowa jury ....

The Harman Firm prides itself on keeping abreast of changes in the field of employment law. Every day, we at The Harman Firm work to inform the public about the ever-changing nature of employment matters. Go to our blog for a discussion of current developments in employment law.



ATTORNEY ADVERTISING

200 West 57th St., Suite 900
New York, NY 10019
Toll Free: 800.230.4873
Phone: 212.425.2600
Fax: 212.202.3926

Home | Privacy Policy | Disclaimer | Site Map | Contact Us
New York Employment Discrimination Lawyer The Harman Firm, P.C. Home
Contact New York City Sexual Harassment Attorney The Harman Firm

Copyright © 2013, The Harman Firm, P.C.