UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMMANUEL G. JUSTINIANO, JOSE NIEVES, JOSE BARBOSA, DAHEED WILLIS, ANTHONY KEITT, FRANK FODERA, JOSHUA MOSS, OSCAR PUERTA, LUIS ARENAZA, GUILLERMO MUNOZ, MILTON LAVERDE, WILLIE S. BREWER, ISMAEL FRANCISCO, STEVE M. NG, MANUEL SANTOS, JULIO RIVERA, FREDDY VELEZ, BRYONT A LOPEZ, MIGUEL CABREJA, JUAN VEVAS, TERRENCE JONES, NICOLAS SALGADO, LUIS A. VEGA, LOUIS TELESE, KENNETH WARING, ANTONY G. HILL, JOSE GOMEZ ROSARIO, RODERICK MASHALL, JOSE BLANCO, DAVID BAEZ, KENYA EARLY, SAMMY HERNANDEZ, NELSON MINYETY, BILL DELVIN, EDWIN J. RAMIREZ CESPEDES, BENTO RODRIGUEZ, PAUL STARAPOLA, ANDRES REYES, JESUS A. MARTINEZ, DAVID BEACH, JONATHAN DELROSARIO, JAMES SHAW, GARFIELD GAMMON, DESEAN ALLEN, DERREK HUGHES, JORGE A. MILANES, *and* CARMELO NYANDUGAR, *each individually and on behalf of all other individuals similarly situated*,

                Plaintiffs,

v.

PHOENIX BEVERAGES, INC., WINDMILL DISTRIBUTING COMPANY LP, d/b/a PHOENIX/BEEHIVE, RODB, LLC, LONGFENG TRUCKING, LLC, PHOENIX BEVERAGES MTO, LLC, FORBEE CAPITAL KEG FUND, LLC, HEINEKEN NORTH AMERICA, INC., HEINEKEN USA INCORPORATED, RODNEY BREYMAN, GREGORY BREYMAN, PAUL ROSSI, JOSEPH STANICH, *and* GEORGE STRADA,

                Defendants.

Case No. 13-CV-2332 (TLS) (JLC)

**AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY**

STATE OF NEW YORK           )
                            : SS.:
COUNTY OF NEW YORK          )

   Jeffrey C. Burandt, being duly sworn, deposes and states:

1. I am not a party to this action, and am over 18 years of age.

2. On 5th day of June, 2013, I served the annexed NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11, DECLARATION OF ROBERT E. CROTTY, and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11, upon the following attorneys at the addresses designated by them for service of papers:

The Harman Firm, P.C.
200 West 57th Street, Suite 900
New York, NY 10019

by delivery a true copy thereof, by hand, to the offices above-mentioned.

                _____
                Jeffrey C. Burandt

Sworn to before me this
___ day of June, 2013.

_____
  Notary Public

**YOOJIN PARK**
**Notary Public, State of New York**
No. 01PA6265769
Qualified in Bronx County
**Commission Expires July 16, 2016**