UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EMMANUEL JUSTINIANO, et al.,

        Plaintiffs,

  -v-                                     No. 13 Civ. 2332 (LTS)

PHOENIX BEVERAGES, INC., et al.,

        Defendants.

-------------------------------------------------------x

<u>ORDER</u>

In light of the pending motion to dismiss, the Initial Pretrial Conference scheduled for July 12, 2013 is adjourned to **Friday, October 4, 2013, at 10:15 a.m.** in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York
       July 11, 2013

                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2013