# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600    FAX 212 202 3926

WWW.THEHARMANFIRM.COM

September 27, 2013

**VIA ECF**
Hon. Laura Taylor Swain
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** *Justiniano, et al. v. Phoenix Bevs., et al.*,
     13 CV 2332 (LTS)(JLC) (S.D.N.Y.)

Dear Judge Swain:

  We represent the named and putative Plaintiffs in the above-referenced collective wage-and-hour action.

  We respectfully apologize that the Court has not yet been furnished with the Initial Conference Report as directed in the Initial Conference Order filed April 29, 2013. *See* Docket Entry 6, ¶ 5. Because of the pending Motion, subsequent directives, and other events that have taken place, we sincerely misunderstood the Court's schedule.

  We have reached out to opposing counsel will endeavor to comply with the Court's Order as soon as possible. Defendants however have advised that they were not aware of any deadlines and that they were not aware of the forthcoming Conference, despite their appearance on the corresponding Notice of Electronic Filing. Given these complexities, we respectfully request until next Wednesday to submit the Initial Conference Report.

  We thank the Court for its time and consideration.

         Respectfully submitted,
         THE HARMAN FIRM, PC


         _____s/_____
         Walker G. Harman, Jr. [WH-8044]

cc: Robert E. Crotty, Esq. (via ECF)
   Eugene T. D'Ablemont, Esq. (via ECF)
   Taraneh J. Marciano, Esq. (via ECF)
   Peter J. Andrews (via ECF)
   Brian M. Moss (via email, bmoss@theharmanfirm.com)
   Hon. Laura Taylor Swain (via facsimile, (212) 805-0426)
   Laura Fong (via email, laura_fong@nysd.uscourt.gov)