# EXHIBIT A

# D'Ablemont, Eugene

| | |
|---|---|
| **From:** | Peter Andrews <pandrews@theharmanfirm.com> |
| **Sent:** | Friday, September 27, 2013 6:55 PM |
| **To:** | D'Ablemont, Eugene |
| **Subject:** | Re: Phoenix beverages Justiniano et al. |

I am home now and will do so but everything from the court comes to the attorneys via ECF notice so I don't know why you would not be receiving the same materials we are. Have a nice weekend. Safe travels, Peter.

Sent from my iPhone

On Sep 27, 2013, at 6:34 PM, "D'Ablemont, Eugene" <EDABLEMONT@KelleyDrye.com> wrote:

> Mr. Andrews:
> I plan to be traveling next week. Kindly email me either the recent direction from the Court or what you understand the direction is. We have received nothing from the Court recently.
>
> Please also include in your email the purpose of the appearance next Friday.
>
> Thank you.
> _____
> From: Peter Andrews [pandrews@theharmanfirm.com]
> Sent: Friday, September 27, 2013 5:27 PM
> To: D'Ablemont, Eugene
> Cc: Walker Harman; Lucas Larson; Brian Moss; Chad Brockman
> Subject: Phoenix beverages Justiniano et al.
>
> Mr. D'Ablemont:  There is an appearance in this case next Friday and
> recent direction from the Court - may I call you on Monday to discuss
> this?  Peter
>
> Sent from my iPhone
>
>
> Pursuant to Treasury Regulations, any U.S. federal tax advice
> contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.
>
> The information contained in this E-mail message is privileged,
> confidential, and may be protected from disclosure; please be aware
> that any other use, printing, copying, disclosure or dissemination of
> this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.
>
> This E-mail message and any attachments have been scanned for viruses
> and are believed to be free of any virus or other defect that might
> affect any computer system into which it is received and opened.
> However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

1