UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EMMANUEL G. JUSTINIANO, JOSE NIEVES,
JOSE BARBOSA, DAHEED WILLIS,
ANTHONY KEITT, FRANK FODERA, JOSHUA MOSS,
OSCAR PUERTA, LUIS ARENAZA, GUILLERMO MUNOZ,
MILTON LAVERDE, WILLIE S. BREWER,
ISMAEL FRANCISCO, STEVE M. NG, MANUEL SANTOS,
JULIO RIVERA, FREDDY VELEZ, BRYONT A LOPEZ,
MIGUEL CABREJA, JUAN VEVAS, TERRENCE JONES,
NICOLAS SALGADO, LUIS A. VEGA, LOUIS TELESE,
KENNETH WARING, ANTONY G. HILL,
JOSE GOMEZ ROSARIO, RODERICK MASHALL,
JOSE BLANCO, DAVID BAEZ, KENYA EARLY,
SAMMY HERNANDEZ, NELSON MINYETY,
BILL DELVIN, EDWIN J. RAMIREZ CESPEDES,
BENTO RODRIGUEZ, PAUL STARAPOLA,
ANDRES REYES, JESUS A. MARTINEZ,
DAVID BEACH, JONATHAN DELROSARIO,
JAMES SHAW, GARFIELD GAMMON, DESEAN ALLEN,
DERREK HUGHES, JORGE A. MILANES, *and*
CARMELO NYANDUGAR, *each individually and on
behalf of all other individuals similarly situated*,

                             *Plaintiffs*,

              *v.*

PHOENIX BEVERAGES, INC., WINDMILL DISTRIBUTING
COMPANY LP, d/b/a PHOENIX/BEEHIVE, RODB, LLC,
LONGFENG TRUCKING, LLC, PHOENIX BEVERAGES
MTO, LLC, FORBEE CAPITAL KEG FUND, LLC,
HEINEKEN NORTH AMERICA, INC., HEINEKEN USA
INCORPORATED, RODNEY BREYMAN, GREGORY
BREYMAN, PAUL ROSSI, JOSEPH STANICH, *and*
GEORGE STRADA,

                             *Defendants*.
------------------------------------------------------------------------X

13 CV 2332 (LTS)

**CERTIFICATION
OF SERVICE**

       I, Peter J. Andrews, under penalty of perjury, hereby declare as follows:

2

1.     On January 29, 2014, I mailed, via FedEx overnight delivery, a true and correct copy of the foregoing Motion to Withdraw as Counsel and accompanying Declaration upon the following:

        Anthony Keitt
        424 Barbey Street
        Brooklyn, NY  11207

        Daheed Willis
        558 Gates Avenue, Apt. 2L
        Brooklyn, NY  11221

Dated:  New York, New York      By:    s/   Peter J. Andrews
       January 29, 2014                Peter J. Andrews [PA-3295]
                                                  THE HARMAN FIRM, PC
                                                  *Attorneys for Plaintiffs*
                                                  1776 Broadway, Suite 2030
                                                  New York, New York 10019
                                                  Tel.: (212) 425-2600
                                                  Fax: (212) 202-3926
                                                  pandrews@theharmanfirm.com